In the Matter of ROBERT Y. CLARK et al., Copartners under the Name of CLARK & DAVIS, Respondents, against REED W. SMITH, as Comptroller of the Town of Harrison, Appellant.

Submitted October 4, 1937; decided November 16, 1937.

*Conrad H. Sullivan, Town Attorney,* for appellant.

*William D. Cunningham* and *Frank M. Gagliardi* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.